IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

STEPHEN LEE BROWN,

Plaintiff,

v.

JOSHUA HIGHBERGER, *Superintendent,* SHELBY LUND, *Legal and Library Coordinator*, AMY WRAY, *Legal and Library and Services Manager*, and PARRISH VANWERT, *Interim Programs and Service Manager*,

Defendants.

Case No. 1:24-cv-1142-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation, ECF No. 94, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Although neither party filed objections, this Court reviews the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (clarifying that a district judge "must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise."). "In providing for a de novo determination . . . Congress intended to permit whatever reliance a district judge, in the exercise of sound judicial discretion, chose to place on a magistrate's

proposed findings and recommendations." *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023) (citation omitted).

This Court finds no errors and concludes the Findings and Recommendation is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 94, is adopted in full. Accordingly, Defendants' Motion for Summary Judgment, ECF No. 64, is **GRANTED**.

IT IS SO ORDERED.

DATED this 6th day of November 2026.

/s/ Michael J. McShane
Michael J. McShane
United States District Judge